**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| D. D., a minor, by and through his Guardian Ad Litem, Michaela Ingram,<br>*Plaintiff-Appellant*,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br>*Defendant-Appellee.* | No. 19-55810<br><br>D.C. No. 2:19-cv-00399-PA-PLA<br><br>ORDER |

Filed May 6, 2021

---

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.