UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 2 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

D. D., a minor, by and through his Guardian Ad Litem, Michaela Ingram,

    Plaintiff-Appellant,

v.

LOS ANGELES UNIFIED SCHOOL DISTRICT,

    Defendant-Appellee.

No. 19-55810

D.C. No. 2:19-cv-00399-PA-PLA
Central District of California, Los Angeles

ORDER

Before: S.R. THOMAS, GOULD, PAEZ, BERZON, RAWLINSON, NGUYEN, HURWITZ, COLLINS, LEE, FORREST and BUMATAY, Circuit Judges.

The Supreme Court has vacated our judgment and remanded "for further consideration in light of *Luna Perez v. Sturgis Public Schools*, 598 U.S. ___ (2023)." *D.D. v. Los Angeles Unified Sch. Dist.*, 143 S. Ct. 1081, 1081 (2023). We therefore vacate the judgment of the district court and remand this case to the district court for further proceedings consistent with the Supreme Court's order. We award costs on appeal to the Appellant.

**VACATED AND REMANDED.**